IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAEKUBIAN A. BARROW,

    Plaintiff,

 v.

KEN CLARK, et al.,

    Defendants.
                               /

No. C 10-04618 SBA (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis.

The acts complained of occurred at the California Substance Abuse Treatment Facility and State Prison - Corcoran, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: 1/11/11

                                                                                              _____
                                                                     SAUNDRA BROWN ARMSTRONG
                                                                     United States District Judge

G:\PRO-SE\SBA\HC.10\Barrow4618.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAEKBUIAN A. BARROW,

        Plaintiff,

  v.

KEN CLARK et al,

        Defendant.

Case Number: CV10-04618 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raekubian A. Barrow G-16543
California Men's Colony State Prison
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: January 12, 2011

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk